IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QVC, INC., <br>       Plaintiff, <br><br> v. <br><br> RESULTLY, LLC, <br>       Defendant. | CIVIL ACTION <br><br><br><br> NO. 14-6714 |

## O R D E R

**AND NOW**, this 13th day of March, 2015, upon consideration of Plaintiff's Motion for Temporary Restraints and Preliminary Injunction, the opposition thereto, the parties' supplemental briefing, and oral argument, **IT IS ORDERED** that:

1. Plaintiff QVC, Inc.'s motion for a preliminary injunction is **DENIED**

2. A Preliminary Pretrial Conference will be held at 2:30 p.m. on March 19, 2015 in Chambers (Room 5918), James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, 19103. Counsel should refer to the Notice filed on February 9, 2015 (ECF No. 9) for the Court's practices and procedures.

                                                BY THE COURT:

                                                /S/WENDY BEETLESTONE, J.

                                                _____

                                                **WENDY BEETLESTONE, J.**