IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QVC, INC.,<br>**Plaintiff,**<br><br>v.<br><br>RESULTLY, LLC, and ILYA BEYRAK,<br>**Defendants.** | CIVIL ACTION<br><br><br><br><br>NO. 14-6714 |

## O R D E R

**AND NOW**, this 17th day of November, 2016, upon consideration of plaintiff QVC, Inc.'s Motion under Rule 26(b)(5)(B) for a determination of Defendant Resultly, LLC's privilege assertions (ECF No. 130), Resultly's response thereto (ECF No. 134), and QVC's reply (ECF No. 135), **IT IS HEREBY ORDERED** that the motion is **DENIED. It is FURTHER ORDERED** that the document identified as Document A shall be destroyed by QVC and its attorneys.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____
**WENDY BEETLESTONE, J.**